481-063641(391) #25017

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANUTA WOZNIAK, Individually and as Special Administrator of the ESTATE of JAN WOZNIAK, deceased | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No: 08 CV 1361 Judge Lefkow Magistrate Judge Denlow |
| vs. | ) ) | |
| WYNDHAM HOTELS AND RESORTS, LLC a foreign corporation | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

On  March 20 , 2008, at  9:30  a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lefkow, or any judge sitting in her stead, in the Courtroom usually occupied by her in Room 7 of the Dirksen Federal building, Chicago, Illinois and shall then and there present **Defendant Wyndham Hotels and Resorts, LLC's Motion For Extension of Time.**

Respectfully submitted,

By:    /s/ Amy J. Thompson

PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone: (312) 578-7897
Fax: (312) 346-8242
AThompson@pretzel-stouffer.com
*One of the attorneys for Defendant*

## CERTIFICATE OF SERVICE

      The undersigned being first duly sworn on oath, certifies that the Defendant's Notice of Motion was filed electronically this 10th day of March, 2008.  Notice of this filing has been faxed to all parties of record to whom it is directed below.  Parties may access this filing through the Court's electronic system.

    Mr. David B. Nemeroff
    Nemeroff Law Offices
    55 W. Monroe Street, Suite 600
    Chicago, IL 60603
    **Fax:  (312) 629-0388**
    juryman1@aol.com

                                                  /s/ Amy J. Thompson
                                        PRETZEL & STOUFFER, CHARTERED
                                        One South Wacker Drive
                                        Suite 2500
                                        Chicago, IL 60606
                                        Telephone: (312) 578-7897
                                        Fax: (312) 346-8242
                                        AThompson@pretzel-stouffer.com
                                        *One of the attorneys for Defendant*