## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 CV 1361

DANUTA WOZNIAK, Individually and as Special Administrator of the Estate of JAN WOZNIAK, Deceased v. WYNDHAM HOTELS AND RESORTS, LLC, a foreign corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WYNDHAM HOTELS AND RESORTS, LLC, a foreign corporation

| | |
|---|---|
| NAME (Type or print) <br> Patrick F. Healy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Pretzel & Stouffer, Chartered | |
| STREET ADDRESS <br> One South Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6192789 | TELEPHONE NUMBER <br> 312-578-7775 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

A copy of the Defendant's **Appearance** of Patrick F. Healy was filed electronically this **14th day of March**, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
David Nemeroff, Esq.
Nemeroff Law Offices, Ltd.
55 West Monroe Street
Suite 600
Chicago, Illinois 60603
312-629-8800
juryman1@aol.com

 

Respectfully submitted,

/s/Patrick F. Healy
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:   (312) 578-7775
Fax:             (312) 346-8242
phealy@pretzel-stouffer.com
*Attorney for Defendant*