481-063641(391) #25017

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANUTA WOZNIAK, Individually and as Special Administrator of the ESTATE of JAN WOZNIAK, deceased | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No: 08 CV 1361 Judge Lefkow Magistrate Judge Denlow |
| vs. | ) ) | |
| WYNDHAM HOTELS AND RESORTS, LLC a foreign corporation | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

On   April 8,  , 2008, at  9:30  a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge <u>Lefkow</u>, or any judge sitting in her stead, in the Courtroom usually occupied by her in Room 1925 of the Dirksen Federal Building, Chicago, Illinois and shall then and there present **Defendant Wyndham Hotels and Resorts, LLC's Motion to Dismiss and Memorandum of Law in Support.**

Respectfully submitted,

By: /s/ Amy J. Thompson
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone: (312) 578-7897
Fax: (312) 346-8242
AThompson@pretzel-stouffer.com
*One of the attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    The undersigned being first duly sworn on oath, certifies that the Defendant's Notice of Motion was filed electronically this 1st day of April, 2008. Notice of this filing has been electronically mailed to all parties of record to whom it is directed below. Parties may access this filing through the Court's electronic system.

    Mr. David B. Nemeroff
    Nemeroff Law Offices
    55 W. Monroe Street, Suite 600
    Chicago, IL 60603
    **Fax: (312) 629-0388**
    juryman1@aol.com

      /s/ Amy J. Thompson
    PRETZEL & STOUFFER, CHARTERED
    One South Wacker Drive
    Suite 2500
    Chicago, IL 60606
    Telephone: (312) 578-7897
    Fax: (312) 346-8242
    AThompson@pretzel-stouffer.com
    *One of the attorneys for Defendant*