IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANUTA WOZNIAK, Individually and as Special Administrator of the ESTATE of JAN WOZNIAK, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 08 cv1361 |
| | ) Judge Lefkow |
| -vs- | ) Magistrate Judge Denlow |
| WYNDHAM HOTELS AND RESORTS, LLC a foreign corporation, | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:
Amy J. Thompson
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606
(Facsimile: 312/346-8242)
(Email: AThompson@pretzel-stouffer.com)

On _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925 of the Dirksen Federal Building, Chicago, Illinois and shall then and there present the attached motion.

Respectfully submitted,

(electronically signed)
David Nemeroff

David Nemeroff
Nemeroff Law Offices, Ltd.
Attorneys for Plaintiff
55 W. Monroe St., Suite 600
Chicago, IL 60603
(312) 629 -8800 (telephone)
(312) 629 -8800 (facsimile)
Juryman1@aol.com

## PROOF OF SERVICE

I, David Nemeroff, an attorney, certify that I served this notice and a copy of the attached motion on the Defendant's attorney(s) by electronically filing on _____. Notice of this filing has been faxed to all parties of record listed above. Parties may access this filing through the Court's electronic system.

(electronically signed)
_____
David Nemeroff