IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANUTA WOZNIAK, Individually and as special Administrator of the ESTATE of JAN WOZNIAK, deceased<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WYNDHAM HOTELS AND RESORTS, LLC, a foreign corporation,<br><br>　　　　Defendants. | Case No. 08 CV 1361<br><br>Judge Lefkow<br>Magistrate Judge Denlow |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

NOW COMES the Defendant, WYNDHAM HOTELS AND RESORTS, LLC, a foreign corporation, and pursuant to the attached Substitution of Attorneys, moves this Court for leave to substitute the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP for that of Pretzel & Stoufer, Chartered, withdrawn.

　　　　　　　　　　　　　　　　　　WYNDHAM HOTELS AND RESORTS, LLC

　　　　　　　　　　　　　　　　　　By: /s/ Christopher M. Dely
　　　　　　　　　　　　　　　　　　　　Christopher M. Dely

　　　　　　　　　　　　　　　　　　David M. Holmes, Esq.
　　　　　　　　　　　　　　　　　　Daniel A. Wolberg, Esq.
　　　　　　　　　　　　　　　　　　Christopher M. Dely, Esq.
　　　　　　　　　　　　　　　　　　Wilson, Elser, Moskowitz, Edelman
　　　　　　　　　　　　　　　　　　 & Dicker
　　　　　　　　　　　　　　　　　　120 N. LaSalle Street, Suite 2600
　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　Telephone:　(312) 704-0550
　　　　　　　　　　　　　　　　　　　Facsimile:　 (312) 704-1522
　　　　　　　　　　　　　　　　　　　E-mail: christopher.dely@wilsonelser.com

480779.1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             By:    /s/ Christopher M. Dely
                                                         Christopher M. Dely

480779.1