IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANUTA WOZNIAK, Individually and as special Administrator of the ESTATE of JAN WOZNIAK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM HOTELS AND RESORTS, LLC, a foreign corporation,<br><br>Defendants. | Case No. 08 CV 1361<br><br>Judge Lefkow<br>Magistrate Judge Denlow |

## SUBSTITUTION OF ATTORNEYS

We hereby withdraw our Appearance as attorneys for the Defendant, WYNDHAM HOTELS AND RESORTS, LLC, a foreign corporation, in the above-captioned cause, and consent to a substitution.

                                        Patrick F. Healy

                                        **PRETZEL & STOUFFER, CHARTERED**

                                        By:   /s/ Patrick F. Healy
                                                 Attorney for Wyndham Hotels and Resorts, LLC

Patrick F. Healy, Esq.
Amy J. Thompson, Esq.
Pretzel & Stouffer, Chartered
One South Wacker, Suite 2500
Chicago, IL 60606
Telephone: (312) 578-7897
Facsimile: (312) 346-8242
Email: phealy@pretzel-stouffer.com

480779.1

We hereby enter our Appearance and Jury Demand as attorneys for Defendant, WYNDHAM HOTELS AND RESORTS, LLC., in the above-captioned cause, in lieu of PRETZEL & STOUFFER, CHARTERED withdrawn.

                        **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

            By:   /s/ Christopher M. Dely
                   Attorney for Wyndham Hotels and Resorts, LLC

David M. Holmes, Esq.
Daniel A. Wolberg, Esq.
Christopher M. Dely, Esq.
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
120 North LaSalle Street
Suite 2600
Chicago, IL  60602
Telephone: (312) 704-0550
Facsimile:     (312) 704-1522
E-mail: christopher.dely@wilsonelser.com

480779.1