IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANUTA WOZNIAK, Individually and as special Administrator of the ESTATE of JAN WOZNIAK, deceased )))) | |
| Plaintiff, ) | Case No. 08 CV 1361 |
| ) | |
| vs. ) | Judge Lefkow |
| ) | Magistrate Judge Denlow |
| WYNDHAM HOTELS AND RESORTS, LLC, ) a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 17th day of April, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her place or stead, in Courtroom 1925 in the U.S. Courthouse, 219 S. Dearborn, Chicago, IL and then and there present Motion for Substitution of Attorneys, a copy of which is attached hereto and served upon you.

WYNDHAM HOTELS AND RESORTS, LLC

By: /s/ Christopher M. Dely
        Christopher M. Dely

David M. Holmes, Esq.
Daniel A. Wolberg, Esq.
Christopher M. Dely, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker
120 N. LaSalle Street, Suite 2600
Chicago, IL 60602
  Telephone:   (312) 704-0550
  Facsimile:   (312) 704-1522
  E-mail: christopher.dely@wilsonelser.com

480779.1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              By:    /s/ Christopher M. Dely
                                                        Christopher M. Dely

480779.1