## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1361 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Wozniak vs. Wyndham Hotels and Resorts | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for substitution of attorneys [15] is granted. The law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP is substituted for the law firm of Pretzel & Stoufer, Chartered on behalf of defendant. Plaintiff's motion to stay briefing schedule order [13] is granted to 5/22/2008. Status hearing is set for 5/22/2008 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|