## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08cv1361

Danuta Wozniak, Individually and as special Administrator of
the Estate of Jan Wozniak, Deceased vs. Wyndham Hotels and
Resorts, LLC, a foreign corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WYNDHAM HOTELS AND RESORTS, LLC

| | |
|---|---|
| NAME (Type or print)<br>CHRISTOPHER M. DELY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ CHRISTOPHER M. DELY | |
| FIRM<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | |
| STREET ADDRESS<br>120 N. LASALLE STREET, 26TH FLOOR | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6284764 | TELEPHONE NUMBER<br>312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |