## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 08cv1361 |
|---|---|
| Danuta Wozniak, Individually and as special Administrator of the Estate of Jan Wozniak, Deceased vs. Wyndham Hotels and Resorts, LLC, a foreign corporation, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
WYNDHAM HOTELS AND RESORTS, LLC

| NAME (Type or print) |
|---|
| DAVE M. HOLMES |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ DAVE M. HOLMES |
| FIRM |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| STREET ADDRESS |
| 120 N. LASALLE STREET, 26TH FLOOR |
| CITY/STATE/ZIP |
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6199262 | 312-704-0550 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |