**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08cv1361

Danuta Wozniak, Individually and as special Administrator of
the Estate of Jan Wozniak, Deceased vs. Wyndham Hotels and
Resorts, LLC, a foreign corporation,


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
WYNDHAM HOTELS AND RESORTS, LLC

| |
|---|
| NAME (Type or print) <br> DANIEL A. WOLBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ DANIEL A. WOLBERG |
| FIRM <br> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| STREET ADDRESS <br> 120 N. LASALLE STREET, 26TH FLOOR |
| CITY/STATE/ZIP <br> CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276897 | TELEPHONE NUMBER <br> 312-704-0550 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐