## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Danuta Wozniak
                                      Plaintiff,

v.                                                                Case No.: 1:08–cv–01361
                                                                Honorable Joan H. Lefkow

Wyndham Hotels and Resorts, LLC
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/31/2008. Defendant to respond to outstanding discovery by 8/14/2008. Response to defendant's motion to dismiss [10] due by 8/28/2008; reply due by 9/11/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.